IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Igess, Tanya Y

Printed: 01/22/09

Case Number: 04 B 00326
Judge: Goldgar, A. Benjamin
Filed: 1/6/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: January 15, 2009
Confirmed: March 24, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 32,079.50 |  |
| Secured: |  | 19,490.51 |
| Unsecured: |  | 7,989.76 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,854.00 |
| Trustee Fee: |  | 1,745.23 |
| Other Funds: |  | 0.00 |
| Totals: | 32,079.50 | 32,079.50 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Stefans Stefans & Stefans | Administrative | 2,854.00 | 2,854.00 |
| 2. | Midfirst Bank | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Auto Credit Inc | Secured | 10,544.86 | 10,544.86 |
| 4. | Midfirst Bank | Secured | 8,945.65 | 8,945.65 |
| 5. | RoundUp Funding LLC | Unsecured | 98.23 | 98.23 |
| 6. | Peoples Energy Corp | Unsecured | 105.08 | 0.00 |
| 7. | SBC | Unsecured | 53.87 | 53.87 |
| 8. | Capital One | Unsecured | 78.71 | 78.71 |
| 9. | Portfolio Recovery Associates | Unsecured | 795.05 | 795.05 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 20.00 | 20.00 |
| 11. | CitiFinancial Auto Credit Inc | Unsecured | 68.15 | 68.15 |
| 12. | Educational Credit Management Corp | Unsecured | 6,875.76 | 6,875.75 |
| 13. | AT&T Broadband | Unsecured |  | No Claim Filed |
| 14. | Household Bank (SB) N A | Unsecured |  | No Claim Filed |
| 15. | Kramer & Associates | Unsecured |  | No Claim Filed |
| 16. | Land America One Stop | Unsecured |  | No Claim Filed |
| 17. | Instant Cash Advance | Unsecured |  | No Claim Filed |
| 18. | Citibank | Unsecured |  | No Claim Filed |
| 19. | South Shore Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 30,439.36 | $ 30,334.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Igess, Tanya Y

Printed: 01/22/09

Case Number:  04 B 00326
Judge:  Goldgar, A. Benjamin
Filed:  1/6/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 168.00 |
| 4% | 72.00 |
| 6.5% | 306.00 |
| 3% | 53.99 |
| 5.5% | 297.02 |
| 5% | 89.99 |
| 4.8% | 172.80 |
| 5.4% | 444.85 |
| 6.6% | 140.58 |
|  | $ 1,745.23 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

